UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial, LLC

In Re:
    William Ryan & Marilee Ryan,

Debtors.

Order Filed on March 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-33946-KCF

Adv. No.:

Hearing Date: 2/22/2017 @ 9:00 a.m..

Judge: Kathryn C. Ferguson

## CONSENT ORDER REDUCING PROOF OF CLAIM

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 8, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtors:  William Ryan & Marilee Ryan
Case No:  14-33496-KCF
Caption of Order:  CONSENT ORDER REDUCING PROOF OF CLAIM
_____

This matter having been brought before the Court by Jeanie Wiesner, Esq., attorney for Debtors William & Marilee Ryan, KML Law Group, P.C., upon a motion to object to proof of claim of Ditech Financial, f/k/a Green Tree Servicing,, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Denise Carlon, Esq., attorney for Ditech Financial, LLC, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the arrearage portion of claim # 1 is hereby reduced to **zero**; and

It is further **ORDERED, ADJUDGED and DECREED** that the Chapter 13 Trustee shall not make any disbursements on the arrearage claim of Ditech Financial, Claim # 1; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor file an amended claim to reflect the modified loan terms within thirty days; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors' motion to object to the proof of claim is hereby resolved.

I hereby agree and consent to the above terms and conditions:


*/s/ Denise Carlon*
_____
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR                    Dated:   3/8/2017


I hereby agree and consent to the above terms and conditions:


*/s/ Jeanie D. Wiesner*
_____
JEANIE D. WIESNER, ESQ., ATTORNEY FOR DEBTOR         Dated:    3/8/2017