| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Ditech Financial, LLC |

Order Filed on March 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    William Ryan & Marilee Ryan,

Debtors.

Case No.: <u>14-33946-KCF</u>

Adv. No.:

Hearing Date: 2/22/2017 @ 9:00 a.m..

Judge: <u>Kathryn C. Ferguson</u>

## CONSENT ORDER REDUCING PROOF OF CLAIM

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 8, 2017**

*Honorable Kathryn C. Ferguson*
*United States Bankruptcy Judge*

**(Page 2)**
Debtors:  William Ryan & Marilee Ryan
Case No:  14-33496-KCF
Caption of Order:  CONSENT ORDER REDUCING PROOF OF CLAIM
_____

   This matter having been brought before the Court by Jeanie Wiesner, Esq., attorney for Debtors William & Marilee Ryan, KML Law Group, P.C., upon a motion to object to proof of claim of Ditech Financial, f/k/a Green Tree Servicing,, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Denise Carlon, Esq., attorney for Ditech Financial, LLC, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that the arrearage portion of claim # 1 is hereby reduced to **zero**; and

   It is further **ORDERED, ADJUDGED and DECREED** that the Chapter 13 Trustee shall not make any disbursements on the arrearage claim of Ditech Financial, Claim # 1; and

   It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor file an amended claim to reflect the modified loan terms within thirty days; and

   It is further **ORDERED, ADJUDGED and DECREED** that Debtors' motion to object to the proof of claim is hereby resolved.


I hereby agree and consent to the above terms and conditions:


*/s/ Denise Carlon*
_____
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR    Dated:  3/8/2017


I hereby agree and consent to the above terms and conditions:


*/s/ Jeanie D. Wiesner*
_____
JEANIE D. WIESNER, ESQ., ATTORNEY FOR DEBTOR    Dated:  3/8/2017

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-33496-KCF
William R. Ryan                                                           Chapter 13
Marilee Ryan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Mar 08, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2017.
db/jdb         +William R. Ryan,   Marilee Ryan,   13 Ticonderoga Drive,   Bordentown, NJ 08505-2513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Celine P. Derkrikorian    on behalf of Creditor    EVERBANK njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    U.S. Bank National Association, as Trustee under the
               Pooling and Servicing Agreement Dated as of October 1, 2004, 2004-CB7 Trust, C-BASS Mortgage
               Loan Asset-Backed Certificates, Series 2004-CB7. jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Scott M. Zauber    on behalf of Joint Debtor Marilee  Ryan szauber@subranni.com,
               ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
               hinnaurato@subranni.com
              Scott M. Zauber    on behalf of Debtor William R. Ryan szauber@subranni.com,
               ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
               hinnaurato@subranni.com
              Steven K. Eisenberg    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank National Association, as Trustee under the
               Pooling and Servicing Agreement Dated as of October 1, 2004, 2004-CB7 Trust, C-BASS Mortgage
               Loan Asset-Backed Certificates, Series 2004-CB7. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                               TOTAL: 11