| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
Cn 4853
Trenton, NJ  08650
(609) 587-6888

In re:

William R. Ryan
Marilee Ryan

Debtor(s)

**Order Filed on March 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 14-33496 / KCF

Hearing Date:  03/08/2017

Judge: Kathryn C. Ferguson

Chapter: 13

# ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: March 10, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The modified plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such modified plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the modified plan of the above named debtor, dated 09/26/2016, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of 60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

> $5,125.00 PAID TO DATE
>
> $273.00 for 32 months beginning 04/01/2017

**ORDERED** that the case is confirmed with a calculated plan funding of $13,861.00 which includes a minimum of $7,389.00 dividend to general unsecured creditors.

**ORDERED**  that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that to the extent Section 7 of the debtor's plan contains motions to avoid judicial liens under 11 U.S.C. § 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified below:

NO EXCEPTIONS

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** as follows:

Debtors shall remit all non-exempt proceeds from any funds recovered for judgments held by Debtors to the Chapter 13 Trustee.

Yearly status reports must be provided to the Chapter 13 Trustee regarding funds collected.

United States Bankruptcy Court
District of New Jersey

In re:  
William R. Ryan  
Marilee Ryan  
    Debtors

Case No. 14-33496-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Mar 10, 2017  
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.  
db/jdb　　　+William R. Ryan,　Marilee Ryan,　13 Ticonderoga Drive,　Bordentown, NJ 08505-2513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:

    Albert　Russo　docs@russotrustee.com  
    Albert　Russo　on behalf of Trustee Albert　Russo docs@russotrustee.com  
    Albert　Russo (NA)　on behalf of Trustee Albert　Russo docs@russotrustee.com  
    Celine P. Derkrikorian　on behalf of Creditor　EVERBANK njecfmail@mwc-law.com  
    Denise E. Carlon　on behalf of Creditor　Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Justin　Plean　on behalf of Creditor　U.S. Bank National Association, as Trustee under the Pooling and Servicing Agreement Dated as of October 1, 2004, 2004-CB7 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004-CB7. jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
    Scott M. Zauber　on behalf of Joint Debtor Marilee　Ryan szauber@subranni.com, ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
    Scott M. Zauber　on behalf of Debtor William R. Ryan szauber@subranni.com, ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
    Steven K. Eisenberg　on behalf of Creditor　U.S. BANK NATIONAL ASSOCIATION bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
    Steven P. Kelly　on behalf of Creditor　U.S. BANK NATIONAL ASSOCIATION skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
    Steven P. Kelly　on behalf of Creditor　U.S. Bank National Association, as Trustee under the Pooling and Servicing Agreement Dated as of October 1, 2004, 2004-CB7 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004-CB7. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 11