Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  14−33496−MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  William R. Ryan                                   Marilee Ryan
  13 Ticonderoga Drive                      aka Marilee Longstreet
  Bordentown, NJ 08505                 13 Ticonderoga Drive
                                                    Bordentown, NJ 08505

Social Security No.:
  xxx−xx−5360                                       xxx−xx−5379

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       10/15/19
Time:      02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Thomas J Subranni, Debtor's Attorney

COMMISSION OR FEES
Fees: $2100

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 10, 2019
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-33496-MBK
William R. Ryan                                                         Chapter 13
Marilee Ryan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2           Date Rcvd: Sep 10, 2019
                                Form ID: 137             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
db/jdb         +William R. Ryan,    Marilee Ryan,    13 Ticonderoga Drive,    Bordentown, NJ 08505-2513
cr             +U.S. BANK NATIONAL ASSOCIATION,    Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,
                 Cherry Hill, NJ 08034-1925
515179846       Bac Home Loans Serv Lp,    18 Tapo Canyon,   Simi Valley, CA 93063
515179847      +Barclays Bank Delaware,    POB 8803,   Wilmington, DE 19899-8803
515179849      +Chase/Bank One Card Services,    P.O. Box 15298,   Wilmington, DE 19850-5298
515179853      +Emergency Phys Assoc Of S. Jersey,    Attn: Akron Billing Center,    3585 Ridge Park Dr.,
                 Akron, OH 44333-8203
515179852      +Emergency Phys Assoc Of S. Jersey,    Attn: Account Resolution Services,
                 1643 Harrison Pkwy, Ste 100,    Sunrise, FL 33323-2857
515179854      +Everbank,    Attn: McCabe Weisberg & Conway,   216 Haddon Ave., Ste 303,
                 Westmont, NJ 08108-2811
515179855      +Everhome Mortgage Co.,    301 West Bays Street,   Jacksonville, FL 32202-5184
515179856      +FMC-Omaha Service Center,    POB 542000,   Omaha, NE 68154-8000
515179857     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,    POB 537901,    Livonia, MI 48153-7901)
515179858      +Fremont Investment & Loan,    175 N. Riverview Dr,   Anaheim, CA 92808-1225
515179859      +Gateway Funding Divers,    300 Welsh Rd, Bldg 5,   Horsham, PA 19044-2273
515554133      +Holiday Manor,    1185 Henderson Creek Drive,   Naples, FL 34114-8199
515179863      +Litton Loan Servicing,    4828 Loop Central Dr.,   Houston, TX 77081-2166
515179864      +Lourdes Medical Center Of Burl Co.,    POB 822112,   Philadelphia, PA 19182-2112
515179865      +New Century Mortgage,    20 Pacifica Ste. 620,   Irvine, CA 92618-3389
515179866      +Nissan Motor Accepance,    8900 Freeport Pkwy,   Irving, TX 75063-2441
515179868      +OCWEN Loan Servicing,    3451 Hammond Ave.,   Waterloo, IA 50702-5345
515179867      +OCWEN Loan Servicing,    Attn: Stern & Eisenberg,   1040 N. Kings Highway, Ste 407,
                 Cherry Hill, NJ 08034-1925
515179871      +TD Auto Finance,    27777 Inkster Rd,   Farmington Hills, MI 48334-5326
515337129      +TRENTON WATER WORKS,    CITY OF TRENTON/ACCOUNTS & CONTROL,    319 EAST STATE ST., ROOM 113,
                 TRENTON, NJ 08608-1809
515179872      +Trenton Water Works,    POB 528,   Trenton, NJ 08604-0528
515179873      +Vivian Clark,    1025 Revere Avenue,   Trenton, NJ 08629-2607
515554134      +Wells Fargo,    3201 N. 4th Ave.,   Sioux Falls, SD 57104-0700
515179875      +Wells Fargo Auto Finance,    POB 29704,   Phoenix, AZ 85038-9704
515327295      +Wells Fargo Bank, N.A.,    1 Home Campus, MAC X2303-01A,    Des Moines, IA 50328-0001
515179876      +Wells Fargo Dealer Services,    POB 1697,   Winterville, SC 28590-1697
515179874      +Wells Fargo Operations Center,    Att: Payment Processing,    POB 31557 B6955-01B,
                 Billings, MT 59107-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 23:30:37      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 23:30:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: bankruptcy.bnc@ditech.com Sep 10 2019 23:30:04
                 Greentree Mortgage Servicing, LLC,    PO Box 6154,   Rapid City, SD 57709-6154
515179848      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2019 23:27:52
                 Capital One Bank USA NA,    POB 30281,   Salt Lake City, UT 84130-0281
515324173      +E-mail/Text: bankruptcy@cavps.com Sep 10 2019 23:30:52      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515179850      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2019 23:30:17      Comenity Bank /FSHBGVSA,
                 POB 182789,   Columbus, OH 43218-2789
515179851      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2019 23:30:17      Comenity Bank-Lane Bryant,
                 POB 182789,   Columbus, OH 43218-2789
516885395       E-mail/Text: bankruptcy.bnc@ditech.com Sep 10 2019 23:30:04
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
515199454       E-mail/Text: bankruptcy.bnc@ditech.com Sep 10 2019 23:30:04      Green Tree Servicing, LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
515179860       E-mail/Text: bankruptcy.bnc@ditech.com Sep 10 2019 23:30:04      Greentree,    POB 6154,
                 Rapid City, SD 55709
515179861      +E-mail/Text: bncnotices@becket-lee.com Sep 10 2019 23:29:40      KOHLS Department Store,
                 POB 3115,   Milwaukee, WI 53201-3115
515179862      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2019 23:30:17      Lane Bryant,
                 450 Winks Ln.,   Bensalem, PA 19020-5943
515179869      +Fax: 407-737-5634 Sep 10 2019 23:45:39     Ocwen Loan Svcg LLC,
                 1661 Worthington Road, Ste. 100,    West Palm Beach, FL 33409-6493
515179870       E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:27:15      SYNCB/JC Penney,    POB 965007,
                 Orlando, FL 32896-5007
518135836       E-mail/Text: jennifer.chacon@spservicing.com Sep 10 2019 23:31:23
                 Select Portfolio Servicing, Inc., et. al.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250

```
District/off: 0312-3          User: admin               Page 2 of 2               Date Rcvd: Sep 10, 2019
                              Form ID: 137              Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518135837          E-mail/Text: jennifer.chacon@spservicing.com Sep 10 2019 23:31:23
                     Select Portfolio Servicing, Inc., et. al.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250,
                     Select Portfolio Servicing, Inc., et. al,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                                       TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            U.S. Bank National Association, as Trustee under t,    1581 Main Street,   Suite 200,
              Warrington
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2019 at the address(es) listed below:
```
          Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Celine P. Derkrikorian    on behalf of Creditor    EVERBANK njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanie D. Wiesner    on behalf of Joint Debtor Marilee   Ryan jwiesner@subranni.com,
           dhoff@subranni.com;cwild@subranni.com
          Jeanie D. Wiesner    on behalf of Debtor William R. Ryan jwiesner@subranni.com,
           dhoff@subranni.com;cwild@subranni.com
          Justin   Plean    on behalf of Creditor    U.S. Bank National Association, as Trustee under the
           Pooling and Servicing Agreement Dated as of October 1, 2004, 2004-CB7 Trust, C-BASS Mortgage
           Loan Asset-Backed Certificates, Series 2004-CB7. jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc., et. al.
           NJ_ECF_Notices@mccalla.com
          R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DLJ
           MORTGAGE CAPITAL, INC. bankruptcy@feinsuch.com
          Scott M. Zauber    on behalf of Joint Debtor Marilee   Ryan jwiesner@subranni.com,
           ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com
          Scott M. Zauber    on behalf of Debtor William R. Ryan jwiesner@subranni.com,
           ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com
          Steven K. Eisenberg    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor    U.S. Bank National Association, as Trustee under the
           Pooling and Servicing Agreement Dated as of October 1, 2004, 2004-CB7 Trust, C-BASS Mortgage
           Loan Asset-Backed Certificates, Series 2004-CB7. skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          Thomas J Subranni    on behalf of Debtor William R. Ryan jwiesner@subranni.com,
           dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
          Thomas J Subranni    on behalf of Joint Debtor Marilee   Ryan jwiesner@subranni.com,
           dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
                                                                                             TOTAL: 18
```