UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

William R. Ryan and Marilee Ryan

Case No.: 14-33496 MBK

Chapter: 13

Judge: Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 16, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas J. Subranni, Esq._____, the applicant, is allowed a fee of $ _____2,100.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____2,100.00_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $____$273.00____ per month for ____32____ months to allow for payment of the above fee.

*rev.8/1/15*