**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William R. Ryan | Social Security number or ITIN   xxx–xx–5360 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Marilee Ryan | Social Security number or ITIN   xxx–xx–5379 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   14–33496–MBK

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William R. Ryan

Marilee Ryan
aka Marilee Longstreet

2/26/20

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                    District of New Jersey

In re:                                                                  Case No. 14-33496-MBK
William R. Ryan                                                         Chapter 13
Marilee Ryan
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2             Date Rcvd: Feb 26, 2020
                             Form ID: 3180W           Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db/jdb         +William R. Ryan,    Marilee Ryan,    13 Ticonderoga Drive,    Bordentown, NJ 08505-2513
cr             +U.S. BANK NATIONAL ASSOCIATION,    Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,
                 Cherry Hill, NJ 08034-1925
515179846       Bac Home Loans Serv Lp,    18 Tapo Canyon,    Simi Valley, CA   93063
515179853      +Emergency Phys Assoc Of S. Jersey,    Attn: Akron Billing Center,     3585 Ridge Park Dr.,
                 Akron, OH 44333-8203
515179852      +Emergency Phys Assoc Of S. Jersey,    Attn: Account Resolution Services,
                 1643 Harrison Pkwy, Ste 100,    Sunrise, FL 33323-2857
515179854      +Everbank,    Attn: McCabe Weisberg & Conway,    216 Haddon Ave., Ste 303,
                 Westmont, NJ 08108-2811
515179855      +Everhome Mortgage Co.,    301 West Bays Street,    Jacksonville, FL 32202-5184
515179856      +FMC-Omaha Service Center,    POB 542000,    Omaha, NE 68154-8000
515179858      +Fremont Investment & Loan,    175 N. Riverview Dr,    Anaheim, CA 92808-1225
515179859      +Gateway Funding Divers,    300 Welsh Rd, Bldg 5,    Horsham, PA 19044-2273
515554133      +Holiday Manor,    1185 Henderson Creek Drive,    Naples, FL 34114-8199
515179863      +Litton Loan Servicing,    4828 Loop Central Dr.,    Houston, TX 77081-2166
515179864      +Lourdes Medical Center Of Burl Co.,    POB 822112,    Philadelphia, PA 19182-2112
515179865      +New Century Mortgage,    20 Pacifica Ste. 620,    Irvine, CA 92618-3389
515179866      +Nissan Motor Accepance,    8900 Freeport Pkwy,    Irving, TX 75063-2441
515179868      +OCWEN Loan Servicing,    3451 Hammond Ave.,    Waterloo, IA 50702-5345
515179867      +OCWEN Loan Servicing,    Attn: Stern & Eisenberg,    1040 N. Kings Highway, Ste 407,
                 Cherry Hill, NJ 08034-1925
515337129      +TRENTON WATER WORKS,    CITY OF TRENTON/ACCOUNTS & CONTROL,     319 EAST STATE ST., ROOM 113,
                 TRENTON, NJ 08608-1809
515179872      +Trenton Water Works,    POB 528,    Trenton, NJ 08604-0528
515179873      +Vivian Clark,    1025 Revere Avenue,    Trenton, NJ 08629-2607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2020 00:59:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2020 00:59:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2020 00:58:47
                 Greentree Mortgage Servicing, LLC,    PO Box 6154,    Rapid City, SD   57709-6154
515179847      +EDI: TSYS2.COM Feb 27 2020 04:58:00      Barclays Bank Delaware,    POB 8803,
                 Wilmington, DE 19899-8803
515179848      +EDI: CAPITALONE.COM Feb 27 2020 04:58:00      Capital One Bank USA NA,    POB 30281,
                 Salt Lake City, UT 84130-0281
515324173      +E-mail/Text: bankruptcy@cavps.com Feb 27 2020 01:00:02      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515179849      +EDI: CHASE.COM Feb 27 2020 04:58:00      Chase/Bank One Card Services,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
515179850      +EDI: WFNNB.COM Feb 27 2020 04:58:00      Comenity Bank /FSHBGVSA,    POB 182789,
                 Columbus, OH 43218-2789
515179851      +EDI: WFNNB.COM Feb 27 2020 04:58:00      Comenity Bank-Lane Bryant,    POB 182789,
                 Columbus, OH 43218-2789
516885395       E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2020 00:58:47
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
515179857       EDI: FORD.COM Feb 27 2020 04:58:00      Ford Motor Credit,    POB 537901,
                 Livonia, MI  48153-7901
515199454       E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2020 00:58:47      Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
515179860       E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2020 00:58:47      Greentree,    POB 6154,
                 Rapid City, SD   55709
515179861      +E-mail/Text: bncnotices@becket-lee.com Feb 27 2020 00:58:16      KOHLS Department Store,
                 POB 3115,    Milwaukee, WI 53201-3115
515179862       EDI: WFNNB.COM Feb 27 2020 04:58:00      Lane Bryant,    450 Winks Ln.,    Bensalem, PA 19020-5932
515179869      +Fax: 407-737-5634 Feb 27 2020 01:12:01      Ocwen Loan Svcg LLC,
                 1661 Worthington Road, Ste. 100,    West Palm Beach, FL 33409-6493
515179870       EDI: RMSC.COM Feb 27 2020 04:58:00      SYNCB/JC Penney,    POB 965007,    Orlando, FL   32896-5007
518135836       E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2020 01:00:49
                 Select Portfolio Servicing, Inc., et. al.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518135837       E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2020 01:00:49
                 Select Portfolio Servicing, Inc., et. al.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250,
                 Select Portfolio Servicing, Inc., et. al,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
515179871      +EDI: CHRYSLER.COM Feb 27 2020 04:58:00      TD Auto Finance,    27777 Inkster Rd,
                 Farmington Hills, MI 48334-5326
515554134      +EDI: WFFC.COM Feb 27 2020 04:58:00      Wells Fargo,    3201 N. 4th Ave.,
                 Sioux Falls, SD 57104-0700
515179875      +EDI: WFFC.COM Feb 27 2020 04:58:00      Wells Fargo Auto Finance,    POB 29704,
                 Phoenix, AZ 85038-9704
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Feb 26, 2020
                              Form ID: 3180W           Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515327295       +EDI: WFFC.COM Feb 27 2020 04:58:00      Wells Fargo Bank, N.A.,    1 Home Campus, MAC X2303-01A,
                 Des Moines, IA 50328-0001
515179876       +EDI: WFFC.COM Feb 27 2020 04:58:00      Wells Fargo Dealer Services,   POB 1697,
                 Winterville, SC 28590-1697
515179874       +EDI: WFFC.COM Feb 27 2020 04:58:00      Wells Fargo Operations Center,   Att: Payment Processing,
                 POB 31557 B6955-01B,   Billings, MT 59107-1557
                                                                                                TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as Trustee under t,   1581 Main Street,   Suite 200,
                 Warrington
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Celine P. Derkrikorian    on behalf of Creditor    EVERBANK njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanie D. Wiesner    on behalf of Debtor William R. Ryan jwiesner@subranni.com,
           dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
          Jeanie D. Wiesner    on behalf of Joint Debtor Marilee   Ryan jwiesner@subranni.com,
           dhoff@subranni.com;cwild@subranni.com;tom@subranni.com
          Justin   Plean    on behalf of Creditor    U.S. Bank National Association, as Trustee under the
           Pooling and Servicing Agreement Dated as of October 1, 2004, 2004-CB7 Trust, C-BASS Mortgage
           Loan Asset-Backed Certificates, Series 2004-CB7. jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc., et. al.
           NJ_ECF_Notices@mccalla.com
          R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DLJ
           MORTGAGE CAPITAL, INC. bankruptcy@feinsuch.com
          Steven K. Eisenberg    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor    U.S. Bank National Association, as Trustee under the
           Pooling and Servicing Agreement Dated as of October 1, 2004, 2004-CB7 Trust, C-BASS Mortgage
           Loan Asset-Backed Certificates, Series 2004-CB7. skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                              TOTAL: 14
```